GAIL SHIFMAN (State Bar No. 147334)
Law Office of Gail Shifman
1663 Mission Street, Suite 200
San Francisco, California 94103
Telephone: (415) 551-1500
Facsimile: (415) 551-1502
Email: gail@shifmangroup.com

Attorneys for Defendant
ALFREDO ORTIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 16-0382 HSG (KAW) |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TAKING HEARING OFF** |
| vs. ) | **CALENDAR AND REQUESTING THAT** |
| ) | **COURT SIGN THE ORDER SETTING** |
| ALFREDO ORTIZ, ) | **CONDITIONS OF RELEASE AND** |
| ) | **ENTER APPEARANCE BOND** |
| Defendant. ) | |
| _____ ) | |

The parties hereby stipulate that the status hearing regarding bond set for September 23, 2016 be taken off calendar and that the Court sign the Order Setting Conditions of Release and enter the Appearance Bond which was to be secured by the posting of property in the amount of $200,000 (See, Dkt. # 9), for the following reasons:

STIPULATION AND [PROPOSED] ORDER TAKING HEARING OFF CALENDAR AND REQUESTING THAT COURT SIGN THE ORDER SETTING CONDITIONS OF RELEASE AND ENTER APPEARANCE BOND
1

1. AUSA Chinhaya Cadet has reviewed and approved the bond package including the Deed of Trust, appraisal, title report, Obligation and Reconveyance. The Deed of Trust was then filed in the San Francisco Recorder's Office on September 21, 2016 (Doc-2016-K332046-00).

2. The filed Deed of Trust, Obligation and Reconveyance are in the process of being lodged in the Clerk's Office, via messenger service.

3. Timothy Elder, PTS, advises that Geocare Halfway House (San Francisco) has bed space available and that once the Court signs the bond, Pretrial Services can refer Mr. Ortiz and he can be placed immediately at Georcare.

4. No other issues are pending regarding Mr. Ortiz' conditions of release.

Dated: September 22, 2016

/s/ Gail Shifman

_____
GAIL SHIFMAN
Attorneys for Defendant

Dated: September 22, 2016

/s/ Chinhaya Cadet

_____
CHINHAYA CADET
Assistant U.S. Attorney

## [PROPOSED] ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised,

IT IS ORDERED that the status hearing regarding bond set for September 23, 2016 be taken off calendar. The Court shall sign the Order Setting Conditions of Release and enter the Appearance Bond as ordered at the hearing on September 2, 2016.

Dated: September  22 , 2016

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE